No. 973. BRASCH *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO. Sup. Ct. Cal. Certiorari denied.

No. 980. ROGERS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Richard J. Bruckner* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 983. WORLEY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *N. Welch Morrisette, Jr.,* for Worley, and *Harry M. Lightsey, Jr.,* and *Charles B. Bowers* for Bennett, petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Anthony P. Nugent, Jr.,* for the United States.

No. 990. KAPLUS ET AL. *v.* AMERICANA OF PUERTO RICO, INC. C. A. 3d Cir. Certiorari denied. *Jack L. Cohen* for petitioners. *Manuel Maxwell* for respondent.

No. 859. AMERICAN TRUCKING ASSOCIATIONS, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *William E. Miller, Herbert E. Forrest, Donald C. Beelar, Harold L. Russell, Paul A. Porter* and *Joseph M. Kittner* for American Trucking Associations, Inc., et al., and *John E. Stephen* for Air Transport Association of America, petitioners. *Solicitor General Marshall, Assistant Attorney General Turner, Howard E. Shapiro, Henry Geller* and *John E. Conlin* for respondents. *Jack Werner* and *Melvin Richter* for Western Union Telegraph Co., intervenor below.